NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE M. LIGHTFOOT, JR.,           )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-3815
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Willie M. Lightfoot, Jr., pro se.

PER CURIAM.

          Affirmed. See § 775.084(4)(a)(1), Fla. Stat. (2001); Martinez v. State, 211

So. 3d 989 (Fla. 2017); Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Miller v. State,

460 So. 2d 373 (Fla. 1984); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Royal

v. State, 908 So. 2d 1167 (Fla. 2d DCA 2005); Brown v. State, 827 So. 2d 1054 (Fla. 2d

DCA 2002); Cook v. State, 816 So. 2d 773 (Fla. 2d DCA 2002); State v. Gray, 633 So.

2d 105 (Fla. 2d DCA 1994); Aroche v. State, 993 So. 2d 568 (Fla. 3d DCA 2008);

Stoute v. State, 915 So. 2d 1245 (Fla. 4th DCA 2005); Clayton v. State, 904 So. 2d 660

(Fla. 5th DCA 2005); Hope v. State, 766 So. 2d 343 (Fla. 5th DCA 2000).

LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.